## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Election Systems & Software, LLC
                                    Plaintiff,

v.                                               Case No.: 1:18−cv−06523
                                                 Honorable Gary Feinerman

County of Cook, et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 27, 2018:

    MINUTE entry before the Honorable Gary Feinerman:On the court's own motion, Plaintiff is ordered to show cause in writing, by 10/17/2018, why this case should not be dismissed for want of subject matter jurisdiction. The complaint premises subject matter jurisdiction under the diversity statute, 28 U.S.C. 1332(a), but does not properly allege the citizenship of Plaintiff's sole member and thus of Plaintiff. Plaintiff may discharge this order by filing a Jurisdictional Addendum that properly alleges Plaintiff's citizenship. The Jurisdictional Addendum also shall provide authority for the proposition that a federal district court may review an administrative decision under the Illinois Administrative Review Law, 735 ILCS 5/3−101 et seq., in a suit that presents no claim arising under federal law. Status hearing set for 10/24/2018 at 9:00 a.m.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.