IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ELECTION SYSTEMS & SOFTWARE, LLC, | |
| Plaintiff, | |
| v. | No. 1:18-cv-06523 |
| | Hon. Gary Feinerman |
| COUNTY OF COOK, a body politic and corporate organized under the laws of the State of Illinois, | |
| COOK COUNTY BOARD OF COMMISSIONERS, | |
| and | |
| COOK COUNTY OFFICE OF THE CHIEF PROCUREMENT OFFICER, | |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Election Systems & Software, LLC hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against the Defendants. This action was filed on September 25, 2018. No Defendant has appeared or filed a responsive pleading.

Respectfully submitted,

ELECTION SYSTEMS & SOFTWARE LLC

By:     s/ *Thomas R. Dee*
          One of Its Attorneys

Thomas R. Dee, Bar No. 6215954
Kirsten W. Konar, Bar No. 6287654
Vedder Price P.C.
222 N. LaSalle Street
Chicago, IL  60601
(312) 609-7500

Dated:  October 15, 2018